IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  1:26CR00054SNLJ-ACL |
| | ) | |
| JAKEVEEN M. JACKSON, | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 922(a)(6) |
| Defendant. | ) | |

FILED

MAY 0 5 2026

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

**INDICTMENT**

**Count I**

THE GRAND JURY CHARGES THAT:

Between on or about February 25, 2026, and March 10, 2026, in Cape Girardeau County, within the Southeastern Division of the Eastern District of Missouri,

**JAKEVEEN M. JACKSON,**

the defendant herein, did knowingly possess in and affecting interstate commerce a firearm, knowing he had previously been convicted in any court, of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(g)(1).

**Count II**

THE GRAND JURY FURTHER CHARGES THAT:

On or about February 25, 2026, in Cape Girardeau County, within the Southeastern Division of the Eastern District of Missouri, the defendant,

1

**JAKEVEEN M. JACKSON,**

in connection with the acquisition of a firearm from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly aided, abetted, counseled, induced, and procured V.M.M. to make false and fictitious written statements, that is, V.M.M. represented that she was the actual transferee / buyer of a firearm on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) Form 4473 Firearms Transaction Records, which representations were false, and said statements were intended and likely to deceive the licensed dealer of firearms as to facts material to the lawfulness of such sale of the firearm under Chapter 44 of Title 18, in violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2), and 18 U.S.C. § 2(a).

## FORFEITURE ALLEGATION

The Grand Jury further finds by probable cause that:

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States Code, Section 922(g) as set forth above, the defendant shall forfeit to the United States of America any firearm or ammunition involved in or used in said violation.

A TRUE BILL.

_____
FOREPERSON

THOMAS C. ALBUS
UNITED STATES ATTORNEY

_____
JOHN N. KOESTER, JR., #52177MO
ASSISTANT UNITED STATES ATTORNEY

2